JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
TEK TRAVELS, PVT. LTD, d/b/a TBO HOLIDAYS and TEK TRAVELS

**DEFENDANTS**
JOHN DOE

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   unknown
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Saleem Mawji, Esquire
515 W. Hamilton Street, Suite 502, Allentown, PA 18101
610-391-1800/smawji@nmmlaw.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. Sec. 1030
Brief description of cause:
Computer Fraud

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE 5/31/2018   SIGNATURE OF ATTORNEY OF RECORD  /s/ Saleem Mawji

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Country of India

Address of Defendant: Pennsylvania

Place of Accident, Incident or Transaction: Pennsylvania

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☐

RELATED CASE, IF ANY:
Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) __18 U.S.C. Section 1030__

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, __Saleem Mawji, Esq.__, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: 5·31·2018          Attorney-at-Law          200125
                                                   Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 5·31·2018          Attorney-at-Law          200125
                                                   Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| TEK TRAVELS, PVT. LTD., d/b/a TBO HOLIDAYS and TEK TRAVELS DMCC | : | CIVIL ACTION |
| v. | : : : : | |
| JOHN DOE | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (x)

| 5/29/18 | _[signature]_ | | Plaintiff |
|---|---|---|---|
| **Date** | **Attorney-at-law** | | **Attorney for** |
| 610-391-1800 | 610-391-1805 | | smawji@nmmlaw.com |
| **Telephone** | **FAX Number** | | **E-Mail Address** |

(Civ. 660) 10/02

610-391-1800

XXCXXCX

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEK TRAVELS, PVT. LTD, d/b/a<br>TBO HOLIDAYS and TEK TRAVELS<br>DMCC<br><br>v.<br><br>JOHN DOE | :<br>:<br>:<br>: NO.:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: |

## COMPLAINT

Plaintiffs, ("Tek Travels, Pvt. Ltd. d/b/a TBO Holidays and Tek Travels DMCC.") complains against Defendant, John Doe ("Defendant") as follows:

1. This is an action regarding the unlawful and extremely damaging conduct known as "phishing" and, upon information and belief, the unlawful access of or attempted access of a computer.

## PARTIES

2. Plaintiff Tek Travels, Pvt. Ltd d/b/a TBO Holidays is a company organized under the laws of India.

3. Plaintiff Tek Travels, Pvt. Ltd d/b/a TBO Holidays is the parent company of Plaintiff Tek Travels DMCC.

4. Plaintiff Tek Travels DMCC is a company organized under the laws of Dubai, United Arab Emirates.

5. Plaintiffs are a leading business to business travel provider, winning several international awards.

6. The Defendant is only currently known via an email address of

anshu.tboholidays@technologist.com.

7. Upon information and belief, Defendant uses an email account hosted by email provider Mail.com.

8. Mail.com is located in Chesterbrook, Chester County, Pennsylvania and, upon information and belief, is a fictitious name for 1&1 Mail & Media, Inc.

9. Through its research, Plaintiffs believe that Defendant may also be located in Pennsylvania.

10. Defendant's conduct complained of herein constitutes violation of the Computer Fraud and Abuse Act, 18 U.S.C., et eq.

## JURISDICTION AND VENUE

11. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question).

12. The Court has personal jurisdiction over Defendant, and venue is proper, as it is believed that Defendant may reside within this District.

## STATEMENT OF FACTS

13. Plaintiffs are an internationally recognized business to business travel provider.

14. Plaintiffs enjoy an outstanding, industry-leading reputation for excellence and trustworthiness and have won numerous awards.

15. The security of customer information is critical to Plaintiffs' operations and reputation.

16. Upon information and belief, Plaintiffs have never authorized Defendant to collect information on its behalf from Plaintiffs' customers or accounts or to access Plaintiffs' computer systems/network for any purpose.

17. Upon information and belief, however, Defendant may have accessed Plaintiffs' computer systems/network to acquire customer information, including email addresses.

18. Upon information and belief, Defendant, posing as an employee of Plaintiffs, has used the information obtained to send multiple emails to Plaintiffs' customers.

19. The aforementioned emails received by Plaintiffs' customers request User ID and Password information.

20. The emails, sent on or about March 30, 2018, purport to be from Plaintiffs' product support team.

22. Further investigation has revealed that the electronic mail address, anshu.tboholidays@technologist.com, used to send the misleading and false emails is operated by Mail.com.

23. Defendant's conduct constitutes unlawful "phishing" and computer access.

### **VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT (18 U.S.C. §§ 1030(a)(2)(C), 1030(a)(4), and 1030(b))**

24. Paragraphs 1 through 23 of this Complaint are incorporated herein by this reference.

25.     The Computer Fraud and Abuse Act, 18 U.S.C. § 1030, et seq. permits any person who suffers damage or loss by reason of the criminal activity prohibited by its terms to bring a civil action for damages and injunctive relief.

26.     Upon information and belief, Defendant intentionally and without access authorized or attempted to access a computer belonging to Plaintiffs, and thereby obtained, and/or intends to obtain information therefrom. Accordingly, on information and belief, Defendant has violated or attempted to violated 18 U.S.C. §§ 1030(a)(2)(C).

27.     Upon information and belief, Defendant knowingly and with the intent to defraud accessed or attempted to access the same computer and obtained things of value.

28.     Upon information and belief, Defendant the object of Defendant's fraud, and the things obtained, in a one-year period have a value of more than $5,000.00.

29.     Upon information and belief, Defendant has by his conduct caused loss aggregating at least $5,000.00 in value to or more persons during a one-year period, including the cost of investigation, security remediation, and legal fees and costs.

30.     By reason of the acts alleged herein, Plaintiffs have been damaged in an amount to be determined at trial, and because its remedy at law is inadequate, is entitled to temporary and permanent injunctive relief to protect its and its account holder's confidential information, its goodwill, and other legitimate business interests.

**WHEREFORE**, Plaintiffs pray for relief as follows:

A.     Pursuant to 18 U.S.C. § 1030, et seq., that Defendant and each of his agents, servants, attorneys, assigns, and all others acting in privity or acting in concert with Defendant be temporarily or permanently enjoined from:

       1.     Collecting, attempting to collect, or conspiring to collect any information of data from or about Plaintiffs' customers that Defendant is not authorized to collect:

    (i)     Accessing or attempting to access, or conspiring to access Plaintiffs' networks, data, information, computers, and/or computer systems;

    (ii)    Disseminating or disclosing publicly or to any third party, or otherwise using, any information obtained from or about Plaintiffs' customers, or conspiring to do the same; and

    (iii)   Altering, deleting, disseminating, or destroying any evidence, in any form, relating to Defendant's past actions or efforts relating to the conduct described in subsection (i) – (iii) above

B.     Pursuant to 18 U.S.C., et seq., that Defendant be required to compensate Plaintiffs for any natural and foreseeable damage or loss it has suffered as a result of his unlawful course of conduct.

C.     That Plaintiffs be awarded punitive damages in an amount sufficient to deter Defendant from engaging in unlawful conduct.

D.      That Plaintiffs be granted such other, further, different or additional relief as this Court deems equitable and proper.

NORRIS, McLAUGHLIN & MARCUS, PA

BY: _____
Saleem Mawji, Esquire
ID#: 200125
515 W. Hamilton Street
Suite 502
Allentown, PA 18101
Telephone: 610-391-1800
Facsimile:   610-391-1805
smawji@nmmlaw.com
Counsel for Plaintiffs

Date: 5/30/18